**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14005-CIV-CANNON/McCabe**

**TAMARIUS ALEXANDER**,

      Petitioner,

v.

**FLORIDA DEPARTMENT OF CORRECTIONS**
Mark S. Inch, Secretary,

      Respondent.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1].  On June 6, 2022, the Court referred this case to Magistrate Judge Ryon M. McCabe for a ruling on all pretrial, non-dispositive matters and for a Report and Recommendation (the "Report") on any dispositive matters [ECF No. 19].   On September 12, 2022, Judge McCabe issued a Report recommending that the Petition be denied and that the case be closed [ECF No. 20 p. 17].  The Report provided the parties with a fourteen-day period of time within which to lodge objections to the Report [ECF No. 20 p. 17].  Neither party filed objections.

The Court has conducted a *de novo* review of the Report and the record and is otherwise fully advised in the premises.  *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).  Upon review, the Court finds the Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes, for the reasons set forth

in the Report, that the claims in the Petition [ECF No. 1] should be **DISMISSED** as unexhausted and alternatively **DENIED** on the merits [ECF No. 20].

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.    The Report and Recommendation [ECF No. 20] is **ACCEPTED**.

2.    Petitioner's Habeas Petition [ECF No. 1] is **DISMISSED** as unexhausted and alternatively **DENIED**.  No certificate of appealability shall be issued.

3.    Final Judgment shall issue by separate Order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of September 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2